# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 354 EAL 2015
:
                Respondent   :
:
                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
                v.    :
:
:
BERNARD G. SHERO,            :
:
                Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.